1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  ELIZABETH M. DOOLEY (State Bar No. 289510)
   McNAMARA, NEY, BEATTY, SLATTERY,
3  BORGES & AMBACHER LLP
   1211 Newell Avenue
4  Walnut Creek, CA 94596
   Telephone: (925) 939-5330
5  Facsimile:  (925) 939-0203

6  Attorneys for Defendants
   JAMES RUBEN BEDGOOD; BEN PADILLA; KRIS DEE;
7  JAKE SPENCER; RYAN MCDONALD; SANTIAGO
   CASTILLO; JOHN FORTNER; MATTHEW ALLENDORPH;
8  MEGAN MILLER; AND JASON VANDERPOOL

9

                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12
   GARY DANIEL JAMES KENNEDY,              Case No. C-15-01404 EMC
13
              Plaintiff,                   **STIPULATION AND [PROPOSED]
14                                         ORDER CONTINUING DEADLINE FOR
        vs.                                MEDIATION AND CONTINUING
15                                         FURTHER CASE MANAGEMENT
   JAMES RUBEN BEDGOOD, individually       CONFERENCE**
16 and in his official capacity as a police
   officer for the CITY OF ANTIOCH, et al.,  Judge: Hon. Edward M. Chen
17
              Defendants.
18

19

20      IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action,

21 through their respective counsel of record, as follows:

22      WHEREAS the parties are respectfully requesting that the Court continues the deadline

23 for mediation for several months, until after the parties have had sufficient time to conduct

24 discovery and go forward with mediation, as well as to move back the Further Case Management

25 Conference.

26      WHEREAS currently this matter has a deadline to mediate this case by December 11,

27 2015.  (See ECF 24).

28      WHEREAS the parties and mediator have agreed on a tentative mediation date of either

*Left margin vertical text:* McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP ATTORNEYS AT LAW 1211 NEWELL AVENUE, WALNUT CREEK, CA 94596 TELEPHONE: (925) 939-5330

February 5th or 8th, of 2016, pending the confirmation of availability of all parties and necessary attendees, which is being set to give the parties some additional time for discovery and per the availability of counsel and the mediator.

WHEREAS the parties need some time for additional key discovery before mediation can go forward, such as the collection of relevant medical records, other documents and to complete the depositions of key parties and witnesses. As such, the parties jointly request the Court set the new mediation deadline to late February of 2016. Our assigned mediator, Mr. Todd Boley, agrees with the timing as set forth herein.

WHEREAS this matter currently has a Further Case Management Conference set with Your Honor for December 17, 2015. The parties also request that the Further Case Management Conference be continued to a date following the mediation.

WHEREAS good cause exists to continue the mediation deadline and the Further Case Management Conference.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

**IT IS SO STIPULATED**


Dated: November 23, 2015    Law Office of John L. Burris

By:    /s/ Lateef Gray
                    John L. Burris / DeWitt Lacy / Lateef Gray
                    Attorneys for Plaintiff GARY KENNEDY

Dated: November 23, 2015    MCNAMARA, NEY, BEATTY, SLATTERY,
                    BORGES & AMBACHER LLP


By:    /s/ Noah G. Blechman
                    James V. Fitzgerald, III / Noah G. Blechman / Elizabeth
                    M. Dooley, Attorneys for Defendants
                    JAMES RUBEN BEDGOOD; BEN PADILLA; KRIS
                    DEE; JAKE SPENCER; RYAN MCDONALD;
                    SANTIAGO CASTILLO; JOHN FORTNER;
                    MATTHEW ALLENDORPH; MEGAN MILLER;
                    AND JASON VANDERPOOL

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

## ORDER

**PURSUANT TO THE FOREGOING STIPULATION, THE COURT ORDERS AS FOLLOWS:**

The mediation deadline is hereby continued to ____2/29____, 2016.

The Further Case Management Conference of December 17, 2015, is hereby continued to ____3/10____, 2016, at ~~9:30~~ 10:30 a.m..  The parties are to file an updated Case Management Conference Statement one week prior to the conference.

**IT IS SO ORDERED**

Dated: ____11/24____, 2015   By: _____



IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330