JOHN L. BURRIS, Esq. (SBN 69888)
DeWITT M. LACY, Esq. (SBN 258789)
LATEEF H. GRAY, Esq. (SBN 250055)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
T: (510) 839-5200
F: (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com
lateef.gray@johnburrislaw.com

Attorneys for Plaintiff
GARY DANIEL JAMES KENNEDY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DANIEL JAMES KENNEDY,<br><br>          Plaintiff,<br><br>     vs.<br><br>JAMES RUBEN BEDGOOD, et al<br><br>          Defendants. | Case No.: 3:15-cv-01404-EMC<br><br>**STIPULATON AND [PROPOSED] ORDER CONTINUING DEADLINE FOR MEDIATION AND FURTHER CASE MANAGEMENT CONFERENCE** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff GARY DANIEL JAMES KENNEDY and Defendants JAMES RUBEN BEDGOOD, et al, through their counsel of record as follows:

   WHEREAS the parties are respectfully requesting that the Court continue the deadline for mediation and the further case management conference for several months until

the parties have had sufficient time to conduct further discovery and go forward with mediation;

    WHEREAS currently, this matter has a deadline to mediate by February 29, 2016 (per ECF 27);

    WHEREAS this matter currently has a further case management conference set for March 10, 2016. The parties also request that the further case management conference be continued to a date to follow mediation.

    WHEREAS Plaintiff is not in the condition to fully participate in mediation;

    WHEREAS the immediate family of Plaintiff intends to begin the process of obtaining conservatorship over Plaintiff;

    WHEREAS good cause exists to continue the mediation deadline and further case management conference;

    In the interests of judicial economy and justice, all would benefit from a continuance of the mediation deadline to a date in June of 2016 and the further case management conference to follow in July of 2016.

Dated:  February 12, 2016                **LAW OFFICES OF JOHN L. BURRIS**

                                                By   */s/ Lateef H. Gray*
                                                        LATEEF H. GRAY
                                                        Attorney for Plaintiff

Dated:  February 12, 2016                McNAMERA, NEY, BEATTY, SLATTERY, BORGES, & AMBACHER, LLP

                                               By   *\*/s/*
                                                      JAMES V. FITZGERALD III/ NOAH G. BLECHMAN/ ELIZABETH M. DOOLEY
                                                       Attorneys for Defendants
                                                       *\*Mr. Blechman has given his permission for this document to be filed electronically.*

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation between the parties, the Court orders the mediation deadline continued to June __16__, 2016. The further case management conference set for March 10, 2016 at 10:30 a.m. is hereby continued to ___July 7___, 2016 at ___10:30 a.m.___ The parties are to file an updated Case Management Statement one week prior to the conference.

**IT IS SO ORDERED.**

Dated: February __16__, 2016



IT IS SO ORDERED AS MODIFIED

HON. Judge Edward M. Chen

The Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200