JOHN L. BURRIS, ESQ., SBN 69888
DeWITT M. LACY, ESQ., SBN 258789
LATEEF H. GRAY, ESQ., SBN 250055
**THE LAW OFFICES OF JOHN L. BURRIS**
AIRPORT CORPORATE CENTRE
7677 OAKPORT STREET, SUITE 1120
OAKLAND, CALIFORNIA 94621
TELEPHONE:  (510) 839-5200
FACSIMILE:  (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com
lateef.gray@johnburrislaw.com

Attorney(s) for Plaintiff
GARY KENNEDY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DANIEL JAMES KENNEDY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JAMES RUBEN BEDGOOD, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; BEN PADILLA, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; KRIS DEE, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; JAKE SPENCER, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; RYAN MCDONALD, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; SANTIAGO CASTILLO, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; JOHN FORTNER; MATTHEW | Case No.: 3:15-cv-01404-EMC<br><br>~~PROP~~OSED ORDER RE: STIPULATED NOTICE OF DISMISSAL PURSUANT TO F.R.C.P 41(a)(1) |

PROPOSED ORDER RE: STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)
3:15-cv-01404-EMC

ALLENDORPH, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; MEGAN MILLER, individually and in her official capacity as a police officer for the CITY OF ANTIOCH; JASON VANDERPOOL, individually and in his official capacity as a police officer for the CITY OF ANTIOCH.

Defendants.

Pursuant to the stipulation by and between the parties to this action, through their designated counsel, Defendants JASON VANDERPOOL; MATTHEW ALLENDORPH; & MEGAN MILLER are hereby dismissed as Defendants in this action pursuant to FRCP 41(a)(1)(A)(ii) with prejudice. Each party agrees to bear his or her own costs and attorneys' fees.

**SO ORDERED.**

Dated:  December __20__, 2016      _____
                                   HON. EDWARD M. CHEN



PROPOSED ORDER RE: STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)
3:15-cv-01404-EMC