JOHN L. BURRIS, ESQ., SBN 69888
DeWITT M. LACY, ESQ., SBN 258789
LATEEF H. GRAY, ESQ., SBN 250055
**THE LAW OFFICES OF JOHN L. BURRIS**
AIRPORT CORPORATE CENTRE
7677 OAKPORT STREET, SUITE 1120
OAKLAND, CALIFORNIA 94621
TELEPHONE:  (510) 839-5200
FACSIMILE:   (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com
lateef.gray@johnburrislaw.com

Attorney(s) for Plaintiff
GARY KENNEDY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DANIEL JAMES KENNEDY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JAMES RUBEN BEDGOOD, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; BEN PADILLA, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; KRIS DEE, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; JAKE SPENCER, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; RYAN MCDONALD, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; SANTIAGO CASTILLO, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; JOHN FORTNER; MATTHEW ALLENDORPH, individually and in his | Case No.: 3:15-cv-01404-EMC<br><br>**STIPULATED NOTICE OF DISMISSAL PURSUANT TO F.R.C.P 41(a)(1) and [P~~ROPO~~SED] ORDER** |

STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)                3:15-cv-01404-EMC

official capacity as a police officer for the CITY OF ANTIOCH; MEGAN MILLER, individually and in her official capacity as a police officer for the CITY OF ANTIOCH; JASON VANDERPOOL, individually and in his official capacity as a police officer for the CITY OF ANTIOCH.

　　　　　　　　　　Defendants.

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

　　　　IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, to voluntarily dismiss Defendants JASON VANDERPOOL; MATTHEW ALLENDORPH; MEGAN MILLER & JOHN FORTNER pursuant to FRCP 41(a)(1)(A)(ii) with prejudice. Each party agrees to bear his or her own costs and attorneys' fees.

IT IS SO STIPULATED.


Dated:  December 22, 2016　　　　　　　**THE LAW OFFICES OF JOHN L. BURRIS**


　　　　　　　　　　　　　　　　　　　　By: __/s/ *Lateef H. Gray*_____
　　　　　　　　　　　　　　　　　　　　　　　Lateef H. Gray
　　　　　　　　　　　　　　　　　　　　　　　Attorney(s) for Plaintiff


Dated: December 22, 2016　　　　　　　By: _*/s/_____
　　　　　　　　　　　　　　　　　　　　Noah Blechman
　　　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　　*Mr. Blechman has given his consent for
　　　　　　　　　　　　　　　　　　　　this document to be electronically filed.

The Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

**[PR~~OPO~~SED] ORDER**

Pursuant to the stipulation by and between the parties to this action, through their designated counsel, Defendants JASON VANDERPOOL; MATTHEW ALLENDORPH; MEGAN MILLER & JOHN FORTNER are hereby dismissed as Defendants in this action pursuant to FRCP 41(a)(1)(A)(ii) with prejudice. Each party agrees to bear his or her own costs and attorneys' fees.

**SO ORDERED.**

Dated: ~~December _____, 2016~~  January 3, 2017



_____
EDWARD M. CHEN