JAMES V. FITZGERALD, III (State Bar No. 55632)
james.fitzgerald@mcnamaralaw.com
NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
JAMES RUBEN BEDGOOD; BEN PADILLA; KRIS DEE;
JAKE SPENCER; RYAN MCDONALD; SANTIAGO
CASTILLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DANIEL JAMES KENNEDY,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES RUBEN BEDGOOD et al.<br><br>Defendants. | Case No. C15-01404 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE STATUS CONFERENCE**<br><br>Judge: Hon. Edward M. Chen |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, as follows:

WHEREAS a Settlement Conference was held in this case on February 15, 2017, during which the parties reached a tentative settlement in this action, pending only approval of the Executive Board for the Municipal Pooling Authority, the pool for the City of Antioch.

WHEREAS on February 15, 2017, following the Settlement Conference, the Court issued an Order resetting the Status Conference in this case from March 2, 2017, to April 12, 2017, at 10:30 a.m. in San Francisco.

WHEREAS the Municipal Pooling Authority, the pool for the City of Antioch, will not be able to evaluate this tentative settlement until likely April 9, 2017, at its regularly scheduled

meeting, as represented at the Settlement Conference on the record.

WHEREFORE good cause exists to continue the date for the Status Conference regarding the stipulation for dismissal, from April 12, 2017 to May 10, 2017.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

**IT IS SO STIPULATED**

Dated: February 22, 2017      Law Office of John L. Burris

By: __/s/ DeWitt Lacy__
John L. Burris / DeWitt Lacy / Lateef Gray
Attorneys for Plaintiff GARY KENNEDY

Dated: February 22, 2017     McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP

By: __/s/ Noah G. Blechman__
Noah G. Blechman
Attorneys for Defendants JAMES RUBEN BEDGOOD; BEN PADILLA; KRIS DEE; JAKE SPENCER; RYAN MCDONALD; SANTIAGO CASTILLO

## ORDER

**PURSUANT TO THE FOREGOING STIPULATION, THE COURT ORDERS AS FOLLOWS:**

The Status Conference which is set for April 12, 2017, is hereby continued to May 11, 2017, at 10:30 a.m. in Courtroom 5, 17th Floor in San Francisco. The Status Conference will be vacated once a stipulation for dismissal is filed.

**IT IS SO ORDERED**

Dated: __2/27__, 2017     By: _____



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE, C15-01404 EMC         2