JOHN L. BURRIS, ESQ., SBN 69888
DeWITT M. LACY, ESQ., SBN 258789
LATEEF H. GRAY, ESQ., SBN 250055
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com
lateef.gray@johnburrislaw.com

Attorney(s) for Plaintiff
GARY KENNEDY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DANIEL JAMES KENNEDY, an individual, by and through his Guardian ad Litem, MISTY KENNEDY<br><br>            Plaintiff,<br><br>        v.<br><br>JAMES RUBEN BEDGOOD, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; BEN PADILLA, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; KRIS DEE, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; JAKE SPENCER, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; RYAN MCDONALD, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; SANTIAGO CASTILLO, individually and in his official capacity as a police officer for the CITY OF | Case No.: 3:15-cv-01404-EMC<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER** |

**The Law Offices of John L. Burris**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

1  ANTIOCH; JOHN FORTNER; MATTHEW
   ALLENDORPH, individually and in his
2  official capacity as a police officer for the
   CITY OF ANTIOCH; MEGAN MILLER,
3  individually and in her official capacity as a
   police officer for the CITY OF ANTIOCH;
4  JASON VANDERPOOL, individually and in
   his official capacity as a police officer for the
5  CITY OF ANTIOCH.

6

7                        Defendants.

8

9  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

10        WHEREAS, there is presently a Status Conference scheduled for May 11, 2017 in this

11 matter (dkt.66);

12        WHEREAS, Plaintiff's counsel sent the executed Settlement and Release Agreement

13 to Defendant's counsel on April 25, 2017;

14        WHEREAS, Defendants' counsel expects the settlement check to be ready for

15 delivery in approximately one week;

16

17        WHEREAS, the parties will file a dismissal of the action following Plaintiff's receipt

18 of settlement proceeds negating the need for a Status Conference;

19        WHEREAS, Counsel for all parties agree that it is in the interests of judicial economy

20 and justice, all would benefit from a 30 day continuance of the Status Conference presently

21

22 ///

23

24

25 ///

26

27

28 ///

STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER
USDC No. 3:15-cv-01404-EMC

set for May 11, 2017 to June 8, 2017;

IT IS SO STIPULATED.


Dated:  May 5, 2017                    THE LAW OFFICES OF JOHN L. BURRIS


                                       By: __/s/ DeWitt M. Lacy_____
                                            DeWitt M. Lacy
                                            Attorney(s) for Plaintiff


Dated: May 5, 2017                     By:_* /s/_____
                                        Noah Blechman
                                        Attorney for Defendants
                                       *Mr. Blechman has given his consent for
                                        this document to be electronically filed.

The Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

**[PROPOSED] ORDER**

Pursuant to the stipulation by and between the parties to this action, through their designated counsel, the Status Conference presently scheduled for May 11, 2017 is hereby CONTINUED to June 8, 2017 at 10:30a.m.

**SO ORDERED.**

Dated: May _____5_____, 2017



_____
HO...                    CHEN
Judge Edward M. Chen
IT IS SO ORDERED