NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
AMY S. ROTHMAN (State Bar No. 308133)
amy.rothman@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
JAMES RUBEN BEDGOOD; BEN PADILLA; KRIS DEE;
JAKE SPENCER; RYAN MCDONALD; SANTIAGO
CASTILLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DANIEL JAMES KENNEDY,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES RUBEN BEDGOOD et. Al.<br><br>Defendants. | Case No. C15-01404 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION**<br><br>Judge: Hon. Edward M. Chen |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, as follows:

WHEREAS this civil action has settled in its entirety.

WHEREAS the settlement documents have been fully executed and payment of settlement funds has been made.

WHEREFORE the parties, therefore, stipulate and request that this Court hereby dismisses the entire action, with prejudice.

The parties attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED

STIPULATION AND ORDER FOR DISMISSAL
OF ENTIRE ACTION
Case No. C15-01404 EMC

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

| Dated: June 6, 2017 | LAW OFFICES OF JOHN L. BURRIS |
|---|---|

By:   /s/ DeWitt M. Lacy
    DeWitt M. Lacy
    Attorney for Plaintiff GARY KENNEDY

| Dated: June 6, 2017 | MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP |
|---|---|

By:   /s/ Noah G. Blechman
    Noah G. Blechman
    Amy S. Rothman
    Attorneys for Defendants
    JAMES RUBEN BEDGOOD; BEN PADILLA; KRIS DEE; JAKE SPENCER; RYAN MCDONALD; SANTIAGO CASTILLO

## **ORDER**

Pursuant to the Stipulation of the parties, the Court hereby orders that this civil action is hereby dismissed in its entirety, with prejudice.

**IT IS SO ORDERED**

Dated:   6/6  , 2017

By: _____
    District Court Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*